UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| RENA JOHNSON, | ) | |
| | ) | |
|     Plaintiff/Counter-Defendant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| AMERICREDIT FINANCIAL | ) | |
| SERVICES, INC. , | ) | |
| | ) | |
|     Defendant/Counter-Plaintiff. | ) | No. 3:08-0405 |
| ********************************** | ) | Judge Echols |
| AMERICREDIT FINANCIAL | ) | |
| SERVICES, INC., | ) | |
| | ) | |
|     Third-Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED AUTO DELIVERY AND | ) | |
| RECOVERY, INC., and DIVERSIFIED | ) | |
| RECOVERY, LLC, | ) | |
| | ) | |
|     Third-Party Defendants. | ) | |

## ORDER

For the reasons explained in the accompanying Memorandum, the Court hereby enters the following rulings:

(1) Defendant AmeriCredit Financial Services, Inc.'s "Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment" (Docket Entry No. 30) is hereby DENIED; and

(2) Third-Party Defendant United Auto Delivery and Recovery Inc.'s "Motion for Summary Judgment" (Docket Entry No. 35) is hereby GRANTED IN PART and DENIED IN PART. The Motion is GRANTED with respect to Plaintiff's Fair Debt Collection Practices Act claim and that

claim is DISMISSED with respect to Defendant United Auto. The Motion is DENIED with respect to Plaintiff's breach of the peace claim.

The Final Pretrial Conference in this case will be held on September 14, 2009 at 1:00 p.m., and the bench trial will commence at 9:00 a.m. on October 6, 2009, both as previously scheduled.

It is SO ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE