IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

---

| | |
|---|---|
| RENA JOHNSON, ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | |
| ) | |
| v. ) | NO. 3:08-0405 |
| ) | JUDGE ECHOLS |
| AMERICREDIT FINANCIAL ) | MAGISTRATE JUDGE GRIFFIN |
| SERVICES, INC. ) | |
| ) | |
| Defendant/Counter-Plaintiff. ) | |
| ) | |
| AMERICREDIT FINANCIAL ) | |
| SERVICES, INC., ) | |
| ) | |
| Third-Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| UNITED AUTO DELIVERY AND ) | |
| RECOVERY, INC., and DIVERSIFIED ) | |
| RECOVERY, LLC, ) | |
| ) | |
| Third-Party Defendants. ) | |
| ) | |

---

**AGREED ORDER OF COMPROMISE AND DISMISSAL WITH PREJUDICE**
_____

It appearing to the Court, pursuant to the Joint Stipulation of Dismissal with Prejudice, that the Parties have reached a compromise and settlement of all claims in this litigation,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED:**

(1) That all claims and causes of action raised in the Complaint are hereby dismissed with prejudice;

(2) That all claims and causes of action raised in the Counter-Claim are hereby dismissed with prejudice; and

(3) That all claims and causes of action raised in the Third-Party Complaints are hereby dismissed with prejudice.

SO ORDERED.

Honorable Robert L. Echols
U.S. District Court Judge

Approved for entry:


/s/ Holly N. Knight
Holly N. Knight (#17940)
HALE·DEWEY·KNIGHT, PLLC
Attorney for AmeriCredit Financial Services, Inc.
3200 West End Avenue, Suite 500
Nashville, TN 37203
(615) 783-2858
(615) 246-3926 Fax
hknight@haledeweyknight.com



/s/ Steve North by permission Holly N. Knight
Steve North (#3921)
1215 Gallatin Pike S.
Madison, TN 37115
(615) 860-7644
(615) 860-4483 facsimile
stevenorth@comcast.net
Attorney for Plaintiff

/s/ Anthony M. Noel by permission Holly N. Knight
Anthony M. Noel
Leitner, Williams Dooley & Napolitan
414 Union Street, Suite 1900
Nashville, TN 37219-1782
Phone: (615) 255-7722
Fax: (615) 780-2210
Email: Tony.Noel@leitnerfirm.com
Attorney for United Auto Recovery


/s/ William Burgin Hawkins III by permission Holly N. Knight
William Burgin Hawkins III
Jones Hawkins & Farmer, PLC
One Nashville Place, Suite 1820
150 Fourth Avenue North
Nashville, TN 37219
(615) 726-0050
Attorney for Diversified Recovery, LLC